In re KINN. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) In the matter of the application of Peter Kinn, as executor, etc., of Anna Kinn, deceased, for leave to sell real estate to pay debts, etc., William Auer, appellant. No opinion. Motion to resettle order granted, without costs. Resettle order before Mr. Justice CARR. See, also, 124 N. Y. Supp. 569.

KIRK, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Benjamin C. Kirk against the City of New York. No opinion. Order affirmed on argument, with $10 costs and disbursements.

KLANG, Appellant, v. EBER. Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Samuel Klang against Jonas Eber. No opinion. Judgment of the Municipal Court affirmed, with costs.

KLIEWER, Respondent, v. HUDSON & M. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Hedwig Kliewer, as administratrix, etc., of Max Kliewer, deceased, against the Hudson & Manhattan Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 136 App. Div. 892, 119 N. Y. Supp. 1131.

KLIMAN, Respondent, v. GERBER. Appellant. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Morris Kliman against Eli Gerber.
PER CURIAM. Judgment and order affirmed, with costs.
WILLIAMS, J., dissents upon the ground that the verdict is excessive.

KLING, Appellant, v. CORNING NEWS CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by William E. Kling against the Corning News Company and another. No opinion. Judgment modified so as to allow but one bill of costs, and, as so modified, affirmed, together with the order, without costs of this appeal to either party.

KNICKERBOCKER, Respondent, v. GENERAL RY. SIGNAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Action by Edward F. Knickerbocker against the General Railway Signal Company.
PER CURIAM. Judgment and order reversed and new trial ordered, with costs to appellant to abide the event. Held, that as matter of law the plaintiff failed to establish actionable negligence. See opinion by SPRING, J., on former appeal in same case, reported at 133 App. Div. 787, 118 N. Y. Supp. 82.
McLENNAN, P. J., dissents upon the ground that the question of negligence and freedom from contributory negligence were questions of fact for the jury. See dissenting opinion by McLENNAN, P. J., on former appeal.

KOHL, Respondent, v. JETTER, Appellant. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Lawrence E. Kohl against George J. Jetter. M. J. O'Brien, for appellant. M. D. Steuer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 123 N. Y. Supp. 1124.

KRANDAL et al., Appellants, v. CEHIO, Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) Action by Iona Krandal and another against Angelo Cehio. No opinion. Judgment of the Municipal Court affirmed, with costs.

L. A. BECKER CO., Appellant, v. DELAHUNT, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by the L. A. Becker Company against Joseph W. Delahunt. No opinion. Judgment and order affirmed, with costs.

LAFFIN, Respondent, v. DEVINE, Appellant. (Supreme Court, Appellate Division, First Department. November 18, 1910.) Action by Susan Laffin against Peter Devine. P. Crout, for appellant. R. J. Donovan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LANDEL, Respondent, v. MITCHELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Action by Philip A. Landel against George W. Mitchell. No opinion. Judgment and order affirmed, with costs.

LANE, Respondent, v. FENN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by Charles M. Lane against Albert O. Fenn and others.
PER CURIAM. Motion to dismiss appeal denied with $10 costs.
For opinion below, see 65 Misc. Rep. 336, 120 N. Y. Supp. 237. See, also, 129 App. Div. 931, 114 N. Y. Supp. 1133; 129 App. Div. 937, 115 N. Y. Supp. 1128.
McLENNAN, P. J., not sitting.

LAW, Appellant, v. JOLINE et al., Respondents. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by Edna L. Law, as administratrix, against Adrian H. Joline and others as receivers, etc. L. L. Brown, for appellant. B. H. Ames, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

LAWRENCE v. DALE. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Walter N. Lawrence against Chalmers Dale. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.